**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 110714
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jeroleum A. Biggs, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        -against-<br><br>Midland Credit Management, Inc. and Midland Funding, LLC,<br><br>        Defendant. | Docket No: 2:17-cv-00340-JFB-ARL |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: December 27, 2018

                                        **BARSHAY SANDERS, PLLC**

                                        By:    /s *Craig B. Sanders*
                                        Craig B. Sanders
                                        100 Garden City Plaza, Suite 500
                                        Garden City, New York 11530
                                        Tel. (516) 203-7600
                                        Email: *ConsumerRights@BarshaySanders.com*
                                        Our File No: 110714
                                        *Attorneys for Plaintiff*