**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 110714
*Attorneys for Plaintiff*

```
      F I L E D
  IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

   ★   APR 10 2019   ★

   LONG ISLAND OFFICE
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Jeroleum A. Biggs, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Midland Credit Management, Inc. and Midland Funding, LLC,

Defendant.

Docket No: 2:17-cv-00340-JFB-ARL



### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: December 27, 2018

*Request granted. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is voluntarily dismissed with prejudice. The Clerk of the Court shall close the case.*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: ConsumerRights@...
Our File No: 110714
*Attorneys for Plaintiff*

**SO ORDERED**
/s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: Apr. 10, 20 19
Central Islip, N.Y.